Exhibit 2

EVIDENCE OF USE FOR U.S. PATENT NO. 8,614,667

Title: Apparatus and method for generating data signals

Application No.: US 11/426,861

Filing Date: June 27, 2006

Issue Date: December 24, 2013

**Accused Product:**



Source: https://shop.8bitdo.com/products/8bitdo-sn30-pro-bluetooth-gamepad-gray-edition---nintendo-switch

Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 10. An apparatus for generating a data signal, the apparatus comprising: | The 8Bitdo SN30 Pro is a wireless Bluetooth game controller designed for use with a variety of gaming devices, including smartphones, tablets, PCs, and gaming consoles.   Source: https://shop.8bitdo.com/products/8bitdo-sn30-pro-bluetooth-gamepad-gray-edition---nintendo-switch |

| Claim Language | Evidence of Infringement |
|---|---|
| a housing; | The teardown of 8Bitdo SN30 Pro gamepad shows a housing having a main body as upper casing and lower casing. <br><br> *Upper front casing* <br><br> *Lower rear casing* |

| Claim Language | Evidence of Infringement |
|---|---|
| a first controller moveably coupled to the housing; | Source: https://www.ifixit.com/Guide/8BitDo+SN30+Pro+Gamepad+Analog+Stick+Cap+Replacement/124090<br><br>The 8Bitdo SN30 Pro gamepad has a left analog stick ("first controller") located on the left side of the controller, which is used for controlling movement in games.<br><br><br><br>*Upper front casing*<br><br>*First joystick*<br><br>Source:   https://shop.8bitdo.com/products/8bitdo-sn30-pro-bluetooth-gamepad-gray-edition---nintendo-switch |

| Claim Language | Evidence of Infringement |
|---|---|
| a concave surface positioned on an underside of the first controller; |   *Thumb positioned over first joystick and can be moved in any direction*  Source: https://youtu.be/m-TCVQ61SSs?t=289  The 8Bitdo SN30 Pro gamepad has a concave shape on the bottom side of the left thumb controller or joystick. The teardown of the controller also reveals this concave underside. The Convex upper side of the controller means that the underside is concave.    *Concave design at underside of*  Source:        https://shop.8bitdo.com/products/8bitdo-sn30-pro-bluetooth-gamepad-gray-edition---nintendo-switch |

| Claim Language | Evidence of Infringement |
|---|---|
| | 

*Concave shape design at underside of* |

| Claim Language | Evidence of Infringement |
|---|---|
| a plurality of impressions formed in the concave surface with each individual impression of the plurality of impressions defining a distinct direction the first controller may be moved linearly or laterally from a center resting position; | Concave shape design at<br><br>Source: https://www.ifixit.com/Guide/8BitDo+SN30+Pro+Gamepad+Analog+Stick+Cap+Replacement/124090 |

| Claim Language | Evidence of Infringement |
|---|---|
| | The 8Bitdo SN30 Pro gamepad has a concave surface on its thumbstick that has several impressions. Each impression represents a specific direction in which the controller can be moved from its resting position. For example, the thumbstick has four distinct impressions, indicating that it can move in various directions (such as up-down or left-right). <br><br>  <br><br> *Concave shape design at underside of* |

| Claim Language | Evidence of Infringement |
|---|---|
|  |  Impressions at *concave underside of* Source: https://www.ifixit.com/Guide/8BitDo+SN30+Pro+Gamepad+Analog+Stick+Cap+Replacement/124090  Impressions at concave underside of first Source: https://youtu.be/5hj8bij9jA8?t=695 |

| Claim Language | Evidence of Infringement |
|---|---|
| a potentiometer for sensing movement of the first controller and generating a signal indicative of a direction of movement of the first controller, the potentiometer having a pivotally extending joystick with a guide nub affixed to an upper end of the joystick that engages the plurality of impressions; |  <br><br>*Controller's movement in Linear Direction*     *Controller's movement in Lateral Direction*<br><br>Source: https://youtu.be/eYuzUwn2rv8?t=49 |

| Claim Language | Evidence of Infringement |
|---|---|
| | The 8Bitdo SN30 Pro gamepad has a potentiometer attached to the thumb controller that generates an output voltage signal indicative of the direction of movement. The potentiometer includes a pivotally extending joystick with a guide nub affixed to its upper end, which engages the impressions on the concave surface of the joystick.<br><br> <br><br>*First joystick attached with potentiometer* |

| Claim Language | Evidence of Infringement |
|---|---|
| | *Potentiometer 2 for measuring the reading in X-axis* ...  *Potentiometer 1 for measuring the reading in Y-axis* <br><br> *Guiding* <br><br>  *Pivotally Extending Joystick* <br><br> Source: |

| Claim Language | Evidence of Infringement |
|---|---|
| means for biasing the concave surface against the guide nub; and | https://www.ifixit.com/Guide/8BitDo+SN30+Pro+Gamepad+Analog+Stick+Cap+Replacement/124090<br>According to the left joystick movements such as up, down, left and right, the data signal generates and can be seen on the screen.<br><br> |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification Support**:<br><br>*When a dome is Subjected to a sliding motion, a biasing means such as a coil spring, for example, may exert a force on a means for sensing the location or movement of the dome.* US Patent No. 8,614,667 at col. 3, lines 40- 43. | <br><br>Source:  https://youtu.be/m-TCVQ61SSs<br>Based on the general architecture of joysticks, it is common for the joystick to use potentiometers to detect the position of the joystick. Potentiometers consist of a resistive element and a sliding contact that moves along the element. However, in order to provide the necessary resistance and stability to the joystick, a spring is often added to the potentiometer mechanism. Therefore, it is reasonable to assume that the 8Bitdo SN30 Pro gamepadr's potentiometers contain springs, as this is a common design feature in joystick potentiometers.<br><br>Dual Axis Joystick Module \| How it's works |

| Claim Language | Evidence of Infringement |
|---|---|
| | **Introduction**<br><br>The Joystick module is an analog output device, which is used to sense movements in 2 directions (axes). These modules are mainly used in a gaming controller, Remote controller, etc. Also, we can use it in Electronic and DIY projects for controlling purposes. It allows you to control X and Y dimensions. The Joystick module consists of two potentiometers and a push-button switch. These potentiometers provide analog output value and the push button provides digital output value.  It has a self-centering spring-loaded mechanism, it means when we release the joystick knob/cap it will center itself.<br><br><br><br>*Underside Concave* |

| Claim Language | Evidence of Infringement |
|---|---|
| a processing module configured to generate the data signal in response to receipt of the signal indicative of a direction of movement of the first controller. | **Potentiometers**<br><br>The joystick module consists of two 10k Potentiometer, one for X-axis, and another one for Y-axis. Both potentiometers are independent to move in their particular direction (X and Y axis). These two potentiometers are used as dual adjustable voltage divider circuits in the module. These potentiometers are providing analog output.<br><br>The housing of these potentiometers is made of an interesting Mechanism. The Mechanism is known as **Gimbal Mechanism**. It is a self-centering joystick module, it means it has a spring-loaded mechanism, so when we release the joystick knob it will back to center position itself.<br><br>**Knob/Cap**<br><br>The joystick module has a Black color knob/cap. It helps to move the potentiometer and provide a smooth controlling experience. Also, it is used to operate the switch by the pressed down the cap.<br>Source: https://www.electroduino.com/dual-axis-joystick-module-how-its-works/<br><br><br><br>*Joystick of 8BitDo SN30 Pro Gamepad*<br><br>Source: |

| Claim Language | Evidence of Infringement |
| --- | --- |
| | https://www.ifixit.com/Guide/8BitDo+SN30+Pro+Gamepad+Analog+Stick+Cap+Replacement/124090 <br><br> Design of a Joystick <br><br>  <br><br> **Spring** – Used for sending the joystick back to the center position, which is located below the pivot. <br><br> Source:https://www.egr.msu.edu/classes/ece480/capstone/spring13/group05/downloads/Application%20Note%20-Graham%20Pence.pdf |

| Claim Language | Evidence of Infringement |
|---|---|
|  | With the teardown images, is identified that the 8Bitdo SN30 Pro gamepad has a PCB module which connects with the onboard potentiometers. When the joystick is moved in a certain direction, the potentiometer produces a voltage signal which is used to interact with a game or app on a display screen. |

| Claim Language | Evidence of Infringement |
|---|---|
|  | <br><br>Source: https://www.ifixit.com/Guide/8BitDo+SN30+Pro+Gamepad+Analog+Stick+Cap+Replacement/124090<br><br>According to the left joystick movements such as up, down, left and right, the data signal generates and can be seen on the screen. |

| Claim Language | Evidence of Infringement |
|---|---|
| |  |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source:  https://youtu.be/m-TCVQ61SSs |